IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIMITED BRANDS, INC.,
    et al,

        Plaintiffs,

vs.

        Case No. C2-04-632
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Terence P. Kemp

F.C. (FLYING CARGO) INT'L
TRANSPORTATION LTD.,
    et al.,

        Defendants.

## ORDER

This matter came before the Court on February 29, 2008 for the Final Pretrial Conference.

As set forth on the record during the conference, the Court finds with respect to the parties' pending Motions as follows:

    Plaintiffs's Motion to Strike Barry Pintow as a witness (Doc. #108) is **DENIED**. The parties are directed to coordinate a telephone deposition of Mr. Pintow prior to trial.

    Flying Cargo's Motion to Strike Exhibits F, G & K (Doc. #111) is **RESERVED** for disposition during trial.

    Palmer Industries' Motion to Strike and/or *In Limine* as to the use of the deposition transcripts of Evelyn Cohen and Joseph Leeran is **DENIED AS MOOT**, because, as represented by counsel for Flying Cargo, these witnesses will appear to testify at the trial.

    Flying Cargo will file its Motion with respect to its position regarding calling Attorney Angela Savino as a witness by **TUESDAY, MARCH 4, 2008**. Plaintiffs shall respond to the Motion by **FRIDAY, MARCH 7, 2008**.

    The parties are directed to file **TRIAL BRIEFS** on **FRIDAY, MARCH 7, 2008**.

Finally, by agreement of the parties, the **TRIAL** will commence on Tuesday, **MARCH 11, 2008 at 1:30 P.M**.

**IT IS SO ORDERED.**

2-29-2008
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**